# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Moran Industries Inc

                    Plaintiff,

v.                                        Case No.: 1:06−cv−00555

                                                  Honorable David H. Coar

Joseph Tidwell, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 6, 2006:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 4/6/2006 regarding motion to dismiss/lack of jurisdiction, [22]., Motion to dismiss for lack of jurisdiction [22] is entered and continued to 4/27/2006 at 9:00 a.m. Motion Hearing set for 4/27/2006 at 09:00 AM.(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.